**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

AISSATO DIALLO,                    : No. 332 EAL 2014
                                        :
             Respondent            :
                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court
           v.                             :
                                          :
                                          :
MAMADOU BARRY,                    :
                                          :
             Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.